UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHEYENNE PRODUCTIONS, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV0166 AGF |
| ) | |
| CHARLES E. BERRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on this day for a hearing on Plaintiff's Motion for Leave to Proceed Pro Se (Doc. #29) and Plaintiff's counsel's Motions to Withdraw as Attorney (Docs. #30 and #32).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed Pro Se is **DENIED**. A non-attorney individual may not represent a corporation.

**IT IS FURTHER ORDERED** that this case is **STAYED** for a period of 60 days, to enable Plaintiff to obtain new counsel, who will enter an appearance on Plaintiff's behalf within that time period ready to proceed with the case. Present current counsel for Plaintiff shall assist Plaintiff in this effort. Plaintiff is cautioned that failure to have counsel enter an appearance on its behalf may result in the case being dismissed for failure to prosecute.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of March, 2010.